UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALISON C. ABULAFIA; PETER W. BEADLE;
JESS LAYMON; MARIA D. KAUFER; and
RICK ECHEVARRIA,

                    Plaintiffs,

-v.-

STEVEN RICHMAN, *et al.*,

                    Defendants.

20 Civ. 3547 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    For the reasons set forth in the oral opinion delivered by the Court this afternoon, Plaintiffs' application for a temporary restraining order is DENIED. Defendants' obligation to answer or otherwise respond to the Complaint is STAYED pending further order of the Court.

    SO ORDERED.

Dated:  May 8, 2020
           New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge