UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ALISON C. ABULAFIA, PETER W. BEADLE, JESSE
LAYMON, MARIA D. KAUFER, and RICK
ECHEVARRIA,

                              Plaintiffs,                      Case No. 20-cv-3547 (KPF)

                 - against -

STEVEN RICHMAN individually and as General Counsel
of the NYC BOARD OF ELECTIONS, MICHAEL RYAN,
as Executive Director of the NYC Board of Elections, JOHN
WM. ZACCONE, as President of the NYC Board of
Elections, PATRICIA ANNE TAYLOR, as Secretary of the
NYC Board of Elections, and JOSE MIGUEL ARAUJO,
MIGUELINA CAMILO, JOHN FLATEAU, MICHAEL
MICHEL, SIMON SHAMOUN, ROBERT SIANO,
TIFFANY TOWNSEND, and FREDERIC M. UMANE, as
Commissioners of the NYC Board of Elections, and the
NYC BOARD OF ELECTIONS,

                              Defendants.

                            **NOTICE OF DISMISSAL**

                            RULE 41(a)(1)(A)(i)

------------------------------------------------------------------------X

       PLEASE TAKE NOTICE that pursuant to FRCP Rules 41(a)(1)(A)(i) and Rule 41(a)(1)(B), Plaintiffs voluntarily dismiss their action without prejudice.

Dated: May 20, 2020
       New York, New York

                              ADVOCATES FOR JUSTICE,
                              CHARTERED ATTORNEYS
                              Attorneys for Plaintiffs

                              By: /s/ *Arthur Z. Schwartz*
                                  Arthur Z. Schwartz
                              225 Broadway Suite 1902
                              New York, New York 10007
                              917-923-8136
                              Email: aschwartz@afjlaw.com

TO:    Stephen Kitzinger
         NYC Law Department
         Attorneys for Defendant NYC Board of Elections
         100 Church Street
         New York, NY 10007